1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SASHI L. SINGH,

11          Plaintiff,                      CIV. NO. S-10-0836 JAM GGH

12       vs.

13   NEW CENTURY MORTGAGE
     CORP., et al.,
14
            Defendants.                     <u>ORDER</u>
15   _____/

16          On June 23, 2011, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orand v.</u>

20   <u>United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

21   reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Findings and Recommendations in full.

25   ////

26   ////

                                             1

Accordingly, IT IS ORDERED that the Findings and Recommendations filed June 23, 2011, are ADOPTED, and plaintiff's application for entry of default judgment, filed April 7, 2011, as amended on May 19, 2011, is DENIED without prejudice.

DATED: August 15, 2011

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE