IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SASHI L. SINGH,

        Plaintiff,                  CIV. NO. S-10-0836 JAM GGH

    vs.

NEW CENTURY MORTGAGE CORP., et al.,

                                  <u>ORDER</u>

        Defendants.
_____/

        By order of September 20, 2011, defendant was directed to file a motion to dismiss. Plaintiff was directed to file an opposition by December 7, 2011, to which defendant is permitted to file a reply. The parties were informed at that time, "[i]f a hearing is determined to be necessary, it will be separately scheduled." Defendant has timely filed his motion to dismiss, but has noticed it for hearing on November 17, 2011.

        Accordingly, IT IS ORDERED that: the hearing on defendant's motion to dismiss, filed October 18, 2011, and scheduled for November 17, 2011, is vacated from the calendar. The court will set a hearing, if necessary, if and when the opposition and reply have been filed.

DATED: November 9, 2011

                                            /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:076/Singh0836.vac.wpd

1