IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SASHI L. SINGH,

    Plaintiff,                                 CIV S-10-0836 JAM GGH PS

    vs.

NEW CENTURY MORTGAGE CORP., et al.,

    Defendants.                               <u>ORDER</u>

_____/

        On January 27, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

1

1	Accordingly, IT IS ORDERED that the Findings and Recommendations filed
2	January 27, 2012, are ADOPTED and
3	1. This action is remanded to Sacramento County Superior Court;
4	2. The Clerk shall serve a certified copy of this order to the Clerk of the
5	Sacramento County Superior Court, and reference the state case number (34-2010-00067728) in
6	the proof of service; and
7	3. The Clerk is directed to close this case.

DATED: March 14, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE